(September 21, 1967)

In the Matter of JOHN M., A Person, Alleged To Be a Juvenile Delinquent.— Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.

(September 28, 1967)

In the Matter of LOUIS MAMET, Petitioner, v. CLERK, SUPREME COURT, NEW YORK COUNTY, Respondent No opinion. Concur — Eager, J. P., Capozzoli, Rabin, McGivern and Witmer, JJ.

SECOND DEPARTMENT, SEPTEMBER, 1967

(September 13, 1967)

SANDRA B. CAMPBELL, Respondent, v. DOROTHY TOWBER et al., Appellants. (Action No. 1.) EDWARD MCADAMS et al., Respondents-Appellants, v. JACQUELINE CORTESE et al., Respondents, and PAUL A. TOWBER et al., Appellants. (Action No. 2.) PAUL A. TOWBER, Appellant, v. EDWARD A. MCADAMS, Respondent. (Action No. 3.)

Christ, Acting P. J., Brennan, Rabin and Hopkins, JJ., concur.